**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LYN LAPERRIERE, et al.,

      Plaintiffs,

v.                                                                      Case No. 12-14581

NEW ENGLAND COMPOUNDING
PHARMACY, INC.,

      Defendant.

                                        /

**ORDER IMPOSING STAY AND**
**AND ADMINISTRATIVELY CLOSING CASE**

      Pursuant to 11 U.S.C. § 362(a), and in light of the "Suggestion of Bankruptcy"

filed by Defendant,

      IT IS ORDERED that all proceedings in this matter are STAYED until further

order of the court.  IT IS FURTHER ORDERED that the clerk of the court is DIRECTED

to administratively close this matter for statistical purposes only.

      Defendant's counsel is DIRECTED to notify the court within three business days

of the conclusion of the bankruptcy matter.

                                   S/Robert H. Cleland
                                   ROBERT H. CLELAND
                                   UNITED STATES DISTRICT JUDGE

Dated:  January 31, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, January 31, 2013, by electronic and/or ordinary mail.

                                   S/Lisa Wagner
                                   Case Manager and Deputy Clerk
                                   (313) 234-5522